[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14112
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 27, 2006
THOMAS K. KAHN
CLERK

D.C. Docket No. 05-00435-CV-LSC-S

ELEANOR PRICE,

Plaintiff-Appellant,

versus

LAFARGE NORTH AMERICA, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(December 27, 2006)**

Before BLACK, MARCUS and COX, Circuit Judges.

PER CURIAM:

Eleanor Price appeals following the district court's grant of summary

judgment in favor of LaFarge North America, Inc.  We review a grant of summary

judgment de novo, applying the same familiar standard as the district court. *Artistic Entm't, Inc. v. City of Warner Robins*, 331 F.3d 1196, 1203 (11th Cir. 2003).

Price presents two issues on this appeal. She contends that genuine issues of material fact made the grant of summary judgment improper (1) on her claim that her termination constituted gender discrimination, and (2) on her claim that her termination was in retaliation for her prior complaints of discrimination.

Having reviewed the briefs and the relevant portions of the record, we conclude that the defendant was entitled to summary judgment on these claims for the reasons stated in the district court's opinion. (R.1-56 at 19-37.) Accordingly, the district court's judgment is affirmed.

AFFIRMED.